

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2014

No. 04-14-00489-CV

**IN RE SANTIKOS THEATERS, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice

On July 11, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 25th, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013CI00521, styled *Mario Acevedo v. Santikos Theaters d/b/a The Mayan Palace 14*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.